IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR415 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RUSSELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to request modification of sentence pursuant to Title 18 U.S.C. 3582(c)(2) (Filing No. 39).  The Court finds that a ruling on said motion should be continued to October 1, 2008.  Accordingly,

IT IS ORDERED that ruling on defendant's motion is continued to October 1, 2008.

DATED this 25th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court