IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR415 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RUSSELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to request modification of sentence pursuant to Title 18 U.S.C. 3582(c)(2) (Filing No. 39). On this date the Court conferred telephonically with counsel for Mr. Russell and has concluded that consideration of this motion should be continued until December 1, 2009. Accordingly,

IT IS ORDERED that consideration of defendant's motion is continued to December 1, 2009.

DATED this 3rd day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court