IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR415 |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RUSSELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to vacate order and strike pro se motion (Filing No. 47), and motion to withdraw and abandon motion to vacate order and strike pro se motion (Filing No. 48). Accordingly,

IT IS ORDERED that the motion to withdraw is granted; Filing No. 47 is deemed stricken.

DATED this 21st day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court